MANSUR & TEBBETTS IMPLEMENT CO. et al. v. CAREY et al. (Circuit Court of Appeals, Eighth Circuit. January 4, 1899.) No. 1,101. In Error to the Circuit Court of the United States for the Indian Territory. Seneca N. Taylor, for plaintiffs in error. A. C. Cruce, for defendants in error. Dismissed, with costs, on motion of the plaintiffs in error.

THE MEXICAN PRINCE. (Circuit Court of Appeals, Second Circuit. January 25, 1899.) No. 21. Appeal from the District Court of the United States for the Southern District of New York. Lawrence Kneeland and E. L. Baylies, for appellant. J. Parker Kirlin, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. Decree affirmed, with costs, upon opinion of the court below. 82 Fed. 484.

NOBLE et al. v. WORTHY et al. (Circuit Court of Appeals, Eighth Circuit. December 14, 1898.) No. 1,076. In Error to the Circuit Court of the United States for the Indian Territory. C. L. Herbert and Yancy Lewis, for plaintiffs in error. A. C. Cruce, for defendants in error. No opinion. Dismissed at costs of plaintiffs in error, as per stipulation of the parties.

OMAHA & R. V. RY. CO. et al. v. VANDECAR. (Circuit Court of Appeals, Eighth Circuit. January 3, 1899.) No. 1,174. In Error to the Circuit Court of the United States for the District of Nebraska. W. R. Kelly and John N. Baldwin, for plaintiffs in error. E. Wakeley and A. C. Wakeley, for defendant in error. Dismissed, without costs to either party in this court, per stipulation, and mandate waived.

PRESIDENT & DIRECTORS OF INSURANCE CO. OF NORTH AMERICA v. PARKER et al. (Circuit Court of Appeals, Eighth Circuit. January 25, 1899.) No. 1,093. Appeal from the Circuit Court of the United States for the District of Nebraska. S. L. Geisthardt, for appellant. Lionel C. Burr and Charles L. Burr, for appellees. Dismissed, with costs, for want of jurisdiction.